1
2
3
4
5
6
7
8
9
10
11                IN THE UNITED STATES DISTRICT COURT
12             FOR THE EASTERN DISTRICT OF CALIFORNIA
13   DANNY TRASK,
14       Plaintiff,                    CIV. S-03-286-DFL
15       v.                            <u>ORDER RE DISPOSITION AFTER</u>
                                       <u>NOTIFICATION OF SETTLEMENT</u>
16   LIBERTY LIFE ASSURANCE
     COMPANY OF BOSTON,
17
         Defendant.
18   _____/
19       The court has been advised by John Riestenberg, Esq., that
20   this action has been settled.  Therefore, it is not necessary
21   that the action remain upon the court's active calendar.
22       Accordingly, IT IS ORDERED:
23       1.  That counsel file settlement/dismissal documents, in
24   accordance with the provisions of Local Rule 16-160, no later
25   than August 1, 2005, and,
26   ///

                                   1

1       2.  That all hearing dates previously set in this matter
2  are vacated.
3       IT IS SO ORDERED.
4  Dated: 7/7/2005

_____
DAVID F. LEVI
United States District Judge