PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
MARY K. PIASTA (SBN 229655)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY TRASK,<br><br>           Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>           Defendant. | CASE NO. CIV.S-03-0286 DFL DAD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between DANNY TRASK, by and through his counsel of record and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through its counsel of record, that the above-captioned matter be dismissed with prejudice.

Dated: June ____, 2005          LAW OFFICES OF JOHN M. RIESTENBERG


                                By:_____
                                    JOHN M. RIESTENBERG
                                    Attorney for Plaintiff
                                    DANNY TRASK

RC1/376665.1/MKP                                **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Dated: June ____, 2005          ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
    PAMELA E. COGAN
    MARY K. PIASTA
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE COMPANY OF
    BOSTON

## **ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: 7/7/2005

_____
DAVID F. LEVI
United States District Judge

RC1/376665.1/MKP                    - 2 -                    **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**